**FILED**

01/08/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0732

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Cause No. DA 24-0732

_____

KATIE IRENE GARDING;

*Appellant/Defendant*,

v.

STATE OF MONTANA,

*Appellee/Plaintiff.*

_____

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE OPENING BRIEF**

_____

For good cause appearing, Appellant Katie Irene Garding's Unopposed Motion for Extension of Time to file her opening brief is GRANTED. Mont. R. App. P. 26(1). Appellant's opening brief shall be due on February 28, 2025.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 8 2025